# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:22-cr-116 |
| v. | ) | |
| | ) | Dist. Judge Travis R. McDonough |
| CALVIN WAYNE HANKS | ) | |
| | ) | Mag. Judge Christopher H. Steger |

---

## ORDER

---

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 9) recommending that the Court: (1) accept Defendant's guilty plea to Count Two of the two count Superseding Information; (2) adjudicate Defendant guilty of possession of a stolen firearm in violation of 18 U.S.C. § 922(j); and (3) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 9) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count Two of the two count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of possession of a stolen firearm in violation of 18 U.S.C. § 922(j);

3. Defendant's sentencing hearing shall take place on **March 10, 2023, at 9:00 a.m.** before the undersigned United States District Judge; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*

**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**